UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

AUG 2 1 2013

U. S. DISTRICT COURL
E. DIST. OF MO.
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No | |
| | ) | |
| JERRY CARTER, | ) | **4:13-CR-00334 JAR/SPM** |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about May 29, 2013, in the City of St. Louis, within the Eastern District of Missouri,

### JERRY CARTER,

the Defendant herein, did knowingly and intentionally possess with intent to distribute a quantity

of heroin, a Schedule I controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title

21, United States Code, Section 841(b)(1)(C).

## COUNT TWO

The Grand Jury further charges that:

On or about May 29, 2013, in the City of St. Louis, within the Eastern District of Missouri,

### JERRY CARTER,

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime

which may be prosecuted in a court of the United States, that is, possession with intent to

distribute a controlled substance.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title

18, United States Code, Section 924(c)(1)(C).

## **COUNT THREE**

The Grand Jury further charges that:

On or about May 29, 2013, in the City of St. Louis, within the Eastern District of Missouri,

### **JERRY CARTER,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a

term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly

possess a firearm, that is, one Taurus make, 85 model, .38 special caliber revolver, which

traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney