UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13-CR-334-JAR (SPM) |
| ) | |
| JERRY CARTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Defendant's Motion to Suppress Evidence and Statements (Doc. No. 32) and Motion to Suppress Pursuant to *Franks v. Delaware*. (Doc. No. 54) The basis of Defendant's motions is that the search warrant was not supported by probable cause because the warrant relied primarily on hearsay from unidentified informants. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Shirley Padmore Mensah, who filed a Report and Recommendation on May 13, 2014, recommending that Defendant's motions to suppress be denied. (Doc. No. 58) Defendant filed objections to the Report and Recommendation on May 28, 2014. (Doc. No. 59) Defendant's objections are not supported by citations and not adequately persuasive.

After careful and independent review of this matter, the Court agrees with the Magistrate Judge's findings that the search warrant affidavit was sufficient to support a finding of probable cause, and furthermore, that the good-faith exception would apply to the officers' preparation of their affidavit. The Court is in full agreement with the stated rationale of Magistrate Judge Mensah's recommendations, and will adopt the same.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge [58] is **SUSTAINED, ADOPTED AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence and Statements [32] and Motion to Suppress Pursuant to *Franks v. Delaware* [54] are **DENIED**.

**IT IS FURTHER ORDERED** that the United States' Motion for Pretrial Determination of the Admissibility of Defendant's Statements, pursuant to 18 U.S.C. § 3501 [21] is **GRANTED** and Defendant's statements are deemed admissible at trial.

Dated this 6th day of June, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE